## FRANCIS STOUT, RESPONDENT, v. GILBERT WOODWARD AND ANOTHER, APPELLANTS.

*Disputed boundary — settlement of — arbitration.*

Where a boundary line between the lands of two persons is disputed, indefinite and uncertain, it is competent for the parties to fix upon and determine such line by parol, and a line so fixed upon will be final and conclusive. (*Vosburgh* v. *Teator*, 32 N. Y., 561.)

It is equally competent for them to authorize another person to determine such line for them as their joint agent or arbitrator, and the determination of the line by their agent, and their assent to such settlement, will bind them the same as if it had been determined by themselves. (*Wood* v. *Lafayette*, 46 N. Y., 484.)

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial.

*S. C. Keeler*, for appellants. *Hurd & Fletcher*, for respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment and order affirmed, with costs.